**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CAROLYN A. JOHNSON,                                                                                    PLAINTIFF
on behalf of P.M.W.

v.                                              No. 4:11CV00021 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the final determination of the Commissioner of the Social Security Administration regarding the claim of Carolyn A. Johnson, on behalf of P.M.W., is affirmed. The complaint of Carolyn A. Johnson, on behalf of P.M.W., is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of November, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE